UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 17−80944
                                               Chapter 13
James B. Putney and Sawing Putney,

    Debtors.

## ORDER CONFIRMING PLAN

    The debtors' plan filed on July 17, 2017, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

    It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

Dated October 27, 2017

William R. Sawyer
United States Bankruptcy Judge